# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00680-CV

**George H. Gage, Appellant**

**v.**

**Estate of Artie L. Gage, Sr., Appellee**

---

**FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**NO. 72,606, HONORABLE GUY S. HERMAN, JUDGE PRESIDING**

---

After appellant George H. Gage filed his notice of appeal, the Travis County Clerk sent this Court a copy of a letter sent to appellant informing him that there was no authority to prepare the clerk=s record because appellant was not a party to the underlying trial court proceeding. It appears that appellant is not a proper party to bring an appeal from the underlying proceeding and that we, therefore, are without jurisdiction to consider his appeal. We therefore dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   December 5, 2002

Do Not Publish